**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BAHRAMI, individually and as successor-in-interest to David Bahrami; HALIMA BAHRAMI, individually and as successor-in-interest to David Bahrami; DIANA BAHRAMI; ABRAHAM BAHRAMI; AND S.B., by and through her guardian ad litem HALIMA BAHRAMI, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH; JAKE MERRILL; ALEJANDRO LORONO; MARCOS MOLINA, and DOES 1–10, <br><br> Defendants. | Case No. 3:26-cv-06281 <br><br> **DECLARATION OF ABDUL BAHRAMI PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

## DECLARATION OF ABDUL BAHRAMI PURSUANT TO CAL. CODE OF CIVIL PROCEDURE SECTION 377.32

I, ABDUL BAHRAMI, declare as follows:

1.  My name is Abdul Bahrami.

2.  Decedent David Bahrami died on June 30, 2025, in Antioch, California.

-1-
DECLARATION OF ABDUL BAHRAMI

3.  No proceeding is now pending in California for the administration of the decedent's estate.

4.  I am decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeed to the decedent's interest in the action or proceeding as the natural father of the decedent.

5.  No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

6.  A certified copy of the decedent's death certificate is attached hereto as "Exhibit A."

7.  The affiant or declarant affirms under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  May 29, 2026

By:  _A W Bahrami_____

ABDUL BAHRAMI

-2-
DECLARATION OF ABDUL BAHRAMI

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of CONTRA COSTA
## MARTINEZ, CALIFORNIA

### CERTIFICATE OF DEATH

3202507004251

LOCAL REGISTRATION NUMBER

STATE FILE NUMBER

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT–FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| DAVID | WALI | BAHRAMI |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR — Months / Days | IF UNDER 24 HOURS — Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| 01/05/1999 | 26 | | | M |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/RDP (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | ▆▆▆▆▆ | ☐ YES ☒ NO ☐ UNK | NEVER MARRIED | 06/30/2025 | 0754 |

| 13. EDUCATION – Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? | 16. DECEDENT'S RACE – Up to 3 races may be listed |
|---|---|---|
| BACHELOR | ☐ YES ☒ NO | AFGHAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY | 19. YEARS IN OCCUPATION |
|---|---|---|
| STUDENT | PUBLIC EDUCATION | 20 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 3857 OSPREY DRIVE |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| ANTIOCH | CONTRA COSTA | 94509 | 12 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| HALIMA BAHRAMI, MOTHER | 3857 OSPREY DRIVE, ANTIOCH, CA 94509 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| - | - | - |

| 31. NAME OF PARENT–FIRST | 32. MIDDLE | 33. LAST (BIRTH NAME) | 34. BIRTH STATE |
|---|---|---|---|
| ABDUL | WALI | BAHRAMI | AFGHANSTN |

| 35. NAME OF PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| HALIMA | | BAHRAMI | AFGHANSTN |

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 07/11/2025 | MEMORY GARDENS CEMETERY 2011 ARNOLD INDUSTRIAL WAY, CONCORD, CA 94520 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| BURIAL | ▸ NOT EMBALMED | - |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| KHAN FUNERAL HOME | FD2135 | ▸ ORI TZVIELI, MD | 07/10/2025 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| PUBLIC ROADWAY IN FRONT OF | ☐ IP ☐ ER/OP ☐ DOA | ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☒ Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| CONTRA COSTA | 3857 OSPREY DRIVE | ANTIOCH |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | ▸ PENDING | (A) | ☒ YES ☐ NO |
| | | | 2025-2890 |
| Sequentially list conditions, if any, leading to cause on Line A. (B) | | (B) | 109. BIOPSY PERFORMED? ☐ YES ☒ NO |
| Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (C) | | (C) | 110. AUTOPSY PERFORMED? ☒ YES ☐ NO |
| (D) | | (D) | 111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) | 113A. DECEDENT PREGNANT IN LAST YEAR? |
|---|---|
| UNK | ☐ YES ☒ NO ☐ UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since / Decedent Last Seen Alive | ▸ | | |
| (A) mm/dd/ccyy (B) mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined | ☐ YES ☐ NO ☐ UNK | | |

| 123. PLACE OF INJURY (e.g. home, construction site, wooded area, etc.) |
|---|
| |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|
| |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ZACHARY WILLIAMS | 07/10/2025 | ZACHARY WILLIAMS, DEP CORONER |

**STATE REGISTRAR**

| A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA } SS    DATE ISSUED    07/14/2025    MB 0 0 0 1 0 9 4 0 7

This is a true and exact reproduction of the document officially registered and placed on file in the office of the CONTRA COSTA COUNTY DEPARTMENT OF HEALTH SERVICES.

CONTRA COSTA COUNTY HEALTH OFFICER

This copy not valid unless prepared on engraved border displaying seal and signature of Contra Costa County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE