**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BAHRAMI, individually and as successor-in-interest to David Bahrami; HALIMA BAHRAMI, individually and as successor-in-interest to David Bahrami; DIANA BAHRAMI; ABRAHAM BAHRAMI; and S.B., by and through her guardian ad litem HALIMA BAHRAMI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH; JAKE MERRILL; ALEJANDRO LORONO; MARCOS MOLINA, and DOES 1–10,<br><br>Defendants. | Case No. 3:26-cv-06281<br><br>**APPLICATION OF HALIMA BAHRAMI FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.B.**<br><br>**[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]**<br><br>[Consent of Nominee to Appointment as Guardian *Ad Litem* and Proposed Order *filed concurrently herewith*) |

1

## APPLICATION OF HALIMA BAHRAMI FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.B.

1. S.B. is a minor Plaintiff in the above-referenced case.

2. S.B. was born on September 28, 2011, and is fourteen (14) years old.

3. I, Halima Bahrami, am the natural mother of minor Plaintiff S.B.

4. Minor Plaintiff S.B. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her rights under state law. On June 30, 2025, officers working for the City of Antioch shot and killed decedent David Bahrami, the brother of S.B., in S.B.'s presence.

5. I, Halima Bahrami, do not have interests in this matter potentially adverse to minor Plaintiff S.B.

6. I, Halima Bahrami, am a resident of the City of Antioch, County of Contra Costa, in the State of California.

7. I, Halima Bahrami, am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for S.B. filed concurrently herewith.

8. Plaintiffs therefore respectfully request order appointing Halima Bahrami as Guardian *ad litem* for minor Plaintiff S.B.

DATED:     May 27, 2026

By: *Halima Bahrami*

Halima Bahrami,
[Proposed] Guardian *ad Litem for Minor Plaintiff S.B.*

APPLICATION OF HALIMA BAHRAMI FOR APPOINTMENT
AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.B.