**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ABDUL BAHRAMI, individually and as successor-in-interest to David Bahrami; HALIMA BAHRAMI, individually and as successor-in-interest to David Bahrami; DIANA BAHRAMI; ABRAHAM BAHRAMI; and S.B., by and through her guardian ad litem HALIMA BAHRAMI, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANTIOCH; JAKE MERRILL; ALEJANDRO LORONO; MARCOS MOLINA, and DOES 1–10, <br><br> Defendants. | Case No. 3:26-cv-06281 <br><br> **CONSENT OF NOMINEE HALIMA BAHRAMI FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.B.** <br><br> [Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373] <br><br> [*Application for Appointment as Guardian ad Litem* and *Proposed Order* filed concurrently herewith] |

## CONSENT OF NOMINEE

I, Halima Bahrami, the nominee and natural mother of S.B., who is a minor Plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for S.B. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of

1

America, that the foregoing is true and correct.

Executed on May 27, 2026, in Antioch, California.

*Halima Bahrami*

Halima Bahrami

2

**CONSENT OF NOMINEE HALIMA BAHRAMI FOR**
**APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.B.**