**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL BAHRAMI, ndividually and as successor-in-interest to David Bahrami; HALIMA BAHRAMI, individually and as successor-in-interest to David Bahrami; DIANA BAHRAMI; ABRAHAM BAHRAMI; AND S.B., by and through her guardian ad litem HALIMA BAHRAMI, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH; JAKE MERRILL; ALEJANDRO LORONO; MARCOS MOLINA, and DOES 1–10, <br><br> Defendants. | Case No. 3:26-cv-06281 <br><br> **[PROPOSED] ORDER RE: APPLICATION OF HALIMA BAHRAMI FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.B.** |

TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

Having reviewed the Application of Halima Bahrami for Appointment as Guardian ad Litem for Minor Plaintiff S.B., and finding good cause therein, it is hereby ordered that Halima Bahrami be appointed as Guardian ad Litem for Minor Plaintiff S.B. in the instant action.

IT IS SO ORDERED.


DATED:

_____          _____
                                 United States District Court

-1-
[PROPOSED] ORDER