**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BAHRAMI, individually and as successor-in-interest to David Bahrami; HALIMA BAHRAMI, individually and as successor-in-interest to David Bahrami; DIANA BAHRAMI; ABRAHAM BAHRAMI; AND S.B., by and through her guardian ad litem HALIMA BAHRAMI, | Case No. 3:26-cv-06281-LJC |
| Plaintiffs, | *Assigned to*: Magistrate Judge Lisa J. Cisneros |
| vs. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITY OF ANTIOCH** |
| CITY OF ANTIOCH; JAKE MERRILL; ALEJANDRO LORONO; MARCOS MOLINA, and DOES 1–10, | |
| Defendants. | |

1

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Northern District Local Rule 4-2(b), and this Court's Standing Order (available here: https://cand.uscourts.gov/sites/default/files/standing-orders/LJC-CivilStandingOrder_2-17-26.pdf), Plaintiffs hereby submit their proof of service of the summons, complaint, and other documents on Defendant City of Antioch, attached hereto as Exhibit "A."

DATED: July 9, 2026                LAW OFFICES OF DALE K. GALIPO


By:  */s/ Brendan A. Johnson*
_____
Dale K. Galipo
Brendan A. Johnson
Attorneys for Plaintiffs,
Abdul Bahrami, Halima Bahrami, Diana
Bahrami, Abraham Bahrami, and S.B.

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Dale  Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR   **Plaintiff** | **(818) 347-3333** | |

| | |
|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | |

| | |
|---|---|
| SHORT TITLE OF CASE:<br>Bahrami, Abdul v. City of Antioch | |

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>3:26-cv-06281-LJC |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>Bahrami v. Antioch |

### United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Notice of Case Assignment; Standing Order of Judge Lisa J. Cisneros**

On: **City of Antioch**

I served the summons at:

**200 H St, 3rd Floor  Antioch, CA 94509**

On: **7/2/2026**          Date:  **11:59 AM**

In the above mentioned action  by personally serving to and leaving with

**Jane Doe, only name given Jocelyn K. (Gender: F Age: 30 Height: 5'5 Weight: 140 Race: Asian Hair: Black  Other: )  -  Deputy Clerk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Doris Cabrera**
  b. Address: **21860 Burbank Blvd. #125, Woodland Hills, CA 91367**
  c. Telephone number: **800-366-5445**
  d. **The fee** for this service was: **85.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Doris Cabrera**          Date: **07/08/2026**