**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUL BAHRAMI, ndividually and as successor-in-interest to David Bahrami; HALIMA BAHRAMI, individually and as successor-in-interest to David Bahrami; DIANA BAHRAMI; ABRAHAM BAHRAMI; AND S.B., by and through her guardian ad litem HALIMA BAHRAMI, | Case No. 3:26-cv-06281 |
| | [PROPOSED] ORDER RE: APPLICATION OF HALIMA BAHRAMI FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF S.B. |
| Plaintiffs, | |
| vs. | |
| CITY OF ANTIOCH; JAKE MERRILL; ALEJANDRO LORONO; MARCOS MOLINA, and DOES 1–10, | |
| Defendants. | |

TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

Having reviewed the Application of Halima Bahrami for Appointment as Guardian ad Litem for Minor Plaintiff S.B., and finding good cause therein, it is hereby ordered that Halima Bahrami be appointed as Guardian ad Litem for Minor Plaintiff S.B. in the instant action.

IT IS SO ORDERED.

DATED:    July 27, 2026

United States District Court
Hon. Jacqueline Scott Corley

-1-
[PROPOSED] ORDER