**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson, Esq. (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ABDUL BAHRAMI, individually and as successor-in-interest to David Bahrami; HALIMA BAHRAMI, individually and as successor-in-interest to David Bahrami; DIANA BAHRAMI; ABRAHAM BAHRAMI; AND S.B., by and through her guardian ad litem HALIMA BAHRAMI,

Plaintiffs,

vs.

CITY OF ANTIOCH; JAKE MERRILL; ALEJANDRO LORONO; MARCOS MOLINA, and DOES 1–10,

Defendants.

Case No. 3:26-cv-06281-JSC

*Assigned to*:
District Judge Jacqueline Scott Corley

**PLAINTIFFS' L.R. 3-15 CERTIFICATION RE: CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**

**TO THE HONORABLE COURT:**

Pursuant to Northern District Civil Local Rule 3-15, Plaintiffs Abdul Bahrami, Halima Bahrami, Diana Bahrami, Abraham Bahrami, and S.B., by and through her guardian ad litem Halima Bahrami (together called "Plaintiffs"), through their counsel of record, hereby certify as follows:

1. Plaintiffs are not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.
2. Plaintiffs are not aware of any persons, associations, firms, partnerships, corporations, or any other entities, other than the parties themselves, known by Plaintiffs to have either (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Based on the foregoing, and Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: August 31, 2026 LAW OFFICES OF DALE K. GALIPO

By: */s/ Brendan A. Johnson*

Dale K. Galipo
Brendan A. Johnson
Attorneys for Plaintiffs,
Abdul Bahrami, Halima Bahrami, Diana Bahrami, Abraham Bahrami, and S.B.