United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdul Bahrami, et al.,<br>Plaintiff,<br>v.<br>City of Antioch, et al.,<br>Defendant. | Case No. 26-cv-06281-JSC<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

William Simmons
Simmons Mediation
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
925-765-2120
bill@simmonsadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 29, 2026

MARK B. BUSBY
Clerk of Court
by: Alice M. Fiel

ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov